

# Fourth Court of Appeals
## San Antonio, Texas

December 1, 2014

No. 04-14-00796-CV

**LOCKHILL VENTURES, LLC**,
Appellant

v.

**ARD MOR, INC.**, Texas Ardmor Properties, LP, and Texas Ardmor Management, LLC,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10796
Honorable Richard Price, Judge Presiding

# O R D E R

On November 24, 2014, the court reporter filed a notification of late record stating that the appellant has failed to pay or make arrangements to pay the reporter's fee for preparing the record. It is therefore ORDERED that appellant provide written proof to this court **within ten days** of the date of this order that: either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of December, 2014.

_____
Keith E. Hottle
Clerk of Court